## PROOF OF SERVICE

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:
      111 Pine Street, Suite 1350
      San Francisco, CA 94111

That I served the within:
    **RE:**    **C 07 2442 MMC**

1) SUMMONS IN A CIVIL ACTION;
2) PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
3) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
4) ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT;
5) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

    Alberto Gonzales (By Certified Mail)
    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    Office of the General Counsel (By Certified Mail)
    U.S. Department of Homeland Security
    Washington, DC 20528

    US Attorneys Office (By Certified Mail)
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    ATTN: Civil Process Clerk

Executed this May 9, 2007 in San Francisco, California.

                              Ling Miao