SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PING HANG WONG,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO R. GONZALES, Attorney General, United States Department of Justice; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; JUAN P. OSUNA, Acting Chairman, Board of Immigration Appeals, Executive Office of Immigration Review, U.S. Department of Justice; ROBIN BARRETT, Field Office Director, San Francisco District Office, U.S. Citizenship and Immigration Services,<br><br>　　　　　Defendants. | No. C 07-2442 MMC<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services agrees to re-open plaintiff's I-130 petition for an alien relative upon withdrawal of Plaintiff's administrative appeal. USCIS has scheduled Plaintiff for an interview on her petition on July 19, 2007. USCIS further agrees to adjudicate plaintiff's petition within 14 days of the

Stip to Dismiss
C 07-2442 MMC

interview, and to expedite the administrative appeal process, if any.  USCIS also agrees to waive administrative appeal fees, if any administrative appeal ensues.

Each of the parties shall bear their own costs and fees.

Date: July 16, 2007                                       Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                                          /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants


Date: July 16, 2007                                       /s/
JUSTIN X. WANG
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


DATED:
MAXINE M. CHESNEY
United States District Judge

Stip to Dismiss
C 07-2442 MMC