1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 PING HANG WONG,                          )
                                            ) No. C 07-2442 MMC
13                Plaintiff,                )
                                            )
14         v.                               )
                                            ) **STIPULATION TO DISMISS AND**
15 MICHAEL CHERTOFF, Secretary of the       ) **[PROPOSED] ORDER**
   Department of Homeland Security;         )
16 ALBERTO R. GONZALES, Attorney General,   )
   United States Department of Justice;     )
17 EMILIO T. GONZALEZ, Director,            )
   U.S. Citizenship and Immigration Services; )
18 JUAN P. OSUNA, Acting Chairman, Board of )
   Immigration Appeals, Executive Office of )
19 Immigration Review, U.S. Department of   )
   Justice; ROBIN BARRETT, Field Office     )
20 Director, San Francisco District Office, )
   U.S. Citizenship and Immigration Services, )
21                                          )
                  Defendants.               )
22 _____  )

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services agrees to re-open plaintiff's I-130 petition for an alien relative upon withdrawal of

27 Plaintiff's administrative appeal.  USCIS has scheduled Plaintiff for an interview on her petition

28 on July 19, 2007.  USCIS further agrees to adjudicate plaintiff's petition within 14 days of the

Stip to Dismiss
C 07-2442 MMC

1  interview, and to expedite the administrative appeal process, if any.  USCIS also agrees to waive
2  administrative appeal fees, if any administrative appeal ensues.
3      Each of the parties shall bear their own costs and fees.

5  Date: July 16, 2007                            Respectfully submitted,
6                                                 SCOTT N. SCHOOLS
                                                  United States Attorney

9                                                 _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
10                                                Attorneys for Defendants

14  Date: July 16, 2007                           _____/s/_____
                                                  JUSTIN X. WANG
                                                  Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

21  DATED:   July 17, 2007                        _____
                                                  MAXINE M. CHESNEY
                                                  United States District Judge

Stip to Dismiss
C 07-2442 MMC